ORDERED UNSEALED on 01/22/2026 s/ BreanneC

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANTONIO WARD<br><br>Defendant. | Case No.: **26-mj-00271**<br><br>18 U.S.C. § 922(g) – Felon in Possession of a Firearm<br><br>**[UNDER SEAL]** |

The undersigned complainant being duly sworn states:

On or about September 19, 2025, within the Southern District of California, defendant ANTONIO WARD, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a black ZRODELTA LLC handgun with serial number AG0566; in violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2).

FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this complaint, defendant, ANTONIO WARD shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the offense, including but not limited to: a black ZRODELTA LLC handgun with serial number AG0566 and 18 rounds of 9mm ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

The complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

______________________________
Jordan Odum
Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ____ day of January, 2026.

**Jan 21, 2026**

______________________________
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On September 19, 2025, SDPD officers on patrol in the city of San Diego observed a vehicle speeding approximately 10 miles per hour over the speed limit. As they watched, they observed it stop abruptly and saw that the third brake light was not fully functional in violation of California law. They conducted a traffic stop for these traffic violations. As the vehicle came to a stop, officers saw both the driver and passenger doors open and the passenger start to get out. Officers ordered both occupants to stay in the car. While an officer was conducting records checks, another officer spoke to the passenger. He noticed that a glass pipe with white residue, which he recognized to be drug paraphernalia, was falling from her pocket. She was removed from the car and handcuffed. The records check also revealed that she was on probation with search terms.

Based on the passenger's probation terms and the drug paraphernalia, officers then ordered WARD, who was the driver, out of the car to search the area the passenger had access to. When he exited, officers observed what appeared to be a bindle of drugs in the driver's side door compartment. WARD was placed under arrest for possession of a controlled substance. In between the driver's seat and the center console, officers found a black ZRODELTA LLC handgun with serial number AG0566. In the magazine, officers found 18 rounds of 9mm ammunition. WARD's criminal history shows that he has been convicted of multiple felony offenses, including most recently a 2015 conviction for possession of cocaine base with the intent to distribute, for which he was sentenced to 13 years in state prison.

WARD was read his Miranda rights and elected to make a statement. He told officers that the firearm was his and that he bought it a day and a half earlier at the McDonald's downtown for $300. He said he did not know or recognize the man who sold him the gun, but that they approached him and offered to sell him the gun. WARD told officers that he confirmed that there was ammunition in the gun when he bought it and that it looked like a real firearm. WARD claimed that the substance in the bindle was not a controlled substance. The state lab was unable to test the substance, as it appeared to be pill fragments.

The charged firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in, and/or affected interstate commerce to arrive in the state of California.